[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 28, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-10822
Non-Argument Calendar

_____

D. C. Docket No. 06-00072-CR-J-25HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD SILGUERO, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(July 28, 2008)**

Before BIRCH, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Richard Selinger, appointed counsel for Richard Silguero, Jr. in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Silguero's conviction and sentence are **AFFIRMED**.